**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/31/2017

IN RE:

EDWARD A. PIELIN
BARBARA ANN PIELIN
123 UNION STREET
HOMESTEAD, PA 15120
XXX-XX-7292         Debtor(s)

XXX-XX-1095

Case No.12-22972 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/31/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:15 | ACCOUNT NO.: 9002 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 259.42 | |
| PITTSBURGH, PA  15219 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:6 | ACCOUNT NO.: 4005 |
| 2365 NORTHSIDE DR STE 300 | | |
| | CLAIM: 220.63 | |
| SAN DIEGO, CA  92108 | COMMENT: 600889347226/SCH*GEMB/JCP | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:10 | ACCOUNT NO.: 5116 |
| PO BOX 78367 | | |
| | CLAIM: 3,729.79 | |
| PHOENIX, AZ  85062-8367 | COMMENT: SURR/AMD PL*PIF/CDTR LTR*CL=8406.62*TOTALLED/ATTY*DK | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: PRIMARY RES MORTGAGE RE |
| PO BOX 619094 | Court Claim Number:21-2 | ACCOUNT NO.: 0610 |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: LOAN MOD OE@CID 36*C21GOV*1055.97/PL*1093.88x(60+2)=LMT*BGN 7/12*FR BO | |

| | | |
|---|---|---|
| **ASSET ACCEPTANCE LLC - ASSIGNEE** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2036 | Court Claim Number:19 | ACCOUNT NO.: 5810 |
| | CLAIM: 11,062.96 | |
| WARREN, MI  48090 | COMMENT: 431308499987/SCH*BOA | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:13 | ACCOUNT NO.: 5326 |
| | CLAIM: 2,419.65 | |
| CHICAGO, IL  60677-2813 | COMMENT: 514021889858/SCH*BARCLAYS/CARNIVAL | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:12 | ACCOUNT NO.: 2589 |
| | CLAIM: 3,999.52 | |
| HOUSTON, TX  77210-4457 | COMMENT: 418586502766/SCH*CHASE*FR PORTFOLIO INVESTMENTS-DOC 35 | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:4 | ACCOUNT NO.: 6585 |
| 2365 NORTHSIDE DR STE 300 | | |
| | CLAIM: 2,125.53 | |
| SAN DIEGO, CA  92108 | COMMENT: 542418100781/SCH*CITIBANK | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:18 | ACCOUNT NO.: 4968 |
| | CLAIM: 8,388.73 | |
| NORFOLK, VA  23541 | COMMENT: 607383382831/SCH*SQUARETWO/CITIFINANCIAL | |

| | | |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | ACCOUNT NO.: 3612 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC  28272-0923 | COMMENT: | |

| Creditor | Trustee Claim / Court Claim | Creditor Description / Account |
|---|---|---|
| **GREAT LAKES HIGHER ED CORP**<br>POB 7859<br>MADISON, WI  53707-7859 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9589 |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1229 |
| **THE HOME DEPOT CREDIT SERVICES++**<br>P.O. BOX 653000<br>DALLAS, TX  75265 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7203 |
| **THE HOME DEPOT CREDIT SERVICES++**<br>P.O. BOX 653000<br>DALLAS, TX  75265 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3065 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 962.39<br>COMMENT: 515625003682/SCH*HSBC/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0787 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,744.88<br>COMMENT: 700106324800/SCH*SQUARETWO/HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0301 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7052 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 276.05<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9181 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,223.54<br>COMMENT: 853728/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5339 |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA  19044 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~UPMC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7409 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 4,561.03<br>COMMENT: 408183000202/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9040 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 790.24<br>COMMENT: 771422034493/SCH*GECRB/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4203 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7595 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 28,674.26<br>COMMENT: 198567/SCH*GOAL FINANCIAL*FR AES/PHEAA-DOC 32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1095 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 118.74<br>COMMENT: 412461508/SCH*VERIZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0123 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 63.09<br>COMMENT: LOAN MOD OE@CID 36*C21GOV*5279.85/PL*THRU 6/12*FR BOA-DOC 53*DK*AMD | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 0610 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 371.31<br>COMMENT: NT/SCH*VERIZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8382 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO, CA  92108 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,141.68<br>COMMENT: NT/SCH*CITIFINANCIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5401 |
| **KEYSTONE RECOVERY PARTNERS LLC - SERIE**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,887.19<br>COMMENT: NT/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2386 |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA  15233 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EQUITABLE GAS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | CRED DESC / Account No. |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 900.92<br>COMMENT: NT/SCH*GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2148 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 275.00<br>COMMENT: $/PL-NTC-POSTPET FEE/EXP*REF CL*W/26*FR BOA-DOC 53 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0610 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 18,676.27<br>COMMENT: LOAN MOD OE@CID 36*INTRM TRIAL MOD PMT/OE BGN 9/13*DKT4PMT-LMT*W/4,2 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0610 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/DOE-PL*BGN 8/13 TT DIST | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5429659-201198 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 0.00<br>COMMENT: DISALLWD/OE*NT/PL*NTC POSTPET FEES/EXP*W/4,26,33*DK*CL=1200 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0610 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*LOAN MOD BGN 2/14*DKT4PMT-LMT*FR BOA-DOC 53*W/4,26,33*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0610 |