**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/20/17 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  EDWARD A. PIELIN
  BARBARA ANN PIELIN
      Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  EDWARD A. PIELIN
  BARBARA ANN PIELIN

      Respondents

Case No. 12-22972GLT

Chapter 13

Document No. 157

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __20TH__ day of __July__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pnc Bank*
Attn: Payroll Manager*
620 Liberty Ave 2 Pnc Plz*
Pittsburgh, PA 15222-

is hereby ordered to immediately terminate the attachment of the wages of BARBARA ANN PIELIN, social security number XXX-XX-1095. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BARBARA ANN PIELIN.

Dated: 7/20/17

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edward A. Pielin
Barbara Ann Pielin
    Debtors

Case No. 12-22972-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jul 20, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
db/jdb        +Edward A. Pielin,   Barbara Ann Pielin,   123 Union Street,   Homestead, PA 15120-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:

        Brian C. Thompson    on behalf of Joint Debtor Barbara Ann Pielin bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com

        Brian C. Thompson    on behalf of Debtor Edward A. Pielin bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com

        Celine P. DerKrikorian    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com

        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

        Kevin T. McQuail    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com

        Marisa Myers Cohen    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP mcohen@mwc-law.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

    TOTAL: 10