Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward A. Pielin** : | Case No. 12–22972–GLT |
| **Barbara Ann Pielin** : | Chapter: 13 |
| **fka Barbara Ann Bluemling** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 161 |
| : | |
| v. : | Hearing Date: 12/20/17 at 11:00 AM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this **27th day of September, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 161 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before November 13, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **December 20, 2017 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

 

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                            Case No. 12-22972-GLT
Edward A. Pielin                                                  Chapter 13
Barbara Ann Pielin
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 3               Date Rcvd: Sep 27, 2017
                               Form ID: 604                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db/jdb       +Edward A. Pielin,    Barbara Ann Pielin,    123 Union Street,    Homestead, PA 15120-3007
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,     P.O. Box 630267,    Irving, TX   75063)
13396631     +AES,   1200 N. 7th Street,    Harrisburg, PA 17102-1419
13421575     +AES/PHEAA,    PO Box 8183,   HARRISBURG, PA 17105-8183
13396633     +Asset Recovery Solutions, LLC,    2200 E. Devon Ave.,    Des Plaines, IL 60018-4501
13396635    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13479577      Bank of America, N.A.,    P.O. Box 660933,   Dallas, Texas 75266-0933
13396636     +Barclays Bank of Delaware,    125 S. West St.,    Att. Credit Bureau,    Wilmington, DE 19801-5014
13396639    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards/Citbank,     PO Box 183051,    Columbus, OH 43218-3051)
13396638     +Chase Bank,    PO Box 24696,   Columbus, OH 43224-0696
13396641      CitiFinancial,    PO Box 6931,   The Lakes, NV 88901-6931
13396640     +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13396642     +Citifinancial Retail Services,    2035 W. 4th St.,    Tempe, AZ 85281-7206
13408693     +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13501751      ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13396644     +GLELSI/Goal Financial,    PO Box 7860,   Madison, WI 53707-7860
13396647     +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
13396648      HSBC Retail Services,    PO Box 17264,   Baltimore, MD 21297-1264
13396652     +Macy’s,   PO Box 8118,    Mason, OH 45040-8118
13400300     +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13396655     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13396657      Sears Credit Cards,    PO Box 183082,   Columbus, OH 43218-3082
13396660     +US Department of Education/Direct Loans,    PO Box 530260,    Atlanta, GA 30353-0260
13396661     +Verizon,    PO Box 660748,   Dallas, TX 75266-0748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2017 01:21:57
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX   77210-4457
cr            E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2017 01:15:18
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
13396632      E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2017 01:16:54      Ally Financial,
               PO Box 380901,    Minneapolis, MN 55438-0901
13415935     +E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2017 01:16:54      Ally Financial,
               c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13438277      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2017 01:21:45
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
13472885     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 28 2017 01:17:40      Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
13396634     +E-mail/Text: legal@arsnational.com Sep 28 2017 01:17:08      Associated Recovery Systems,
               PO Box 469046,    Escondido, CA 92046-9046
13396637     +E-mail/Text: notices@burt-law.com Sep 28 2017 01:18:43      Burton Neil & Associates,
               1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13446818     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:47      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13396645     +E-mail/Text: ally@ebn.phinsolutions.com Sep 28 2017 01:16:54      GMAC,   PO Box 380901,
               Minneapolis, MN 55438-0901
13396649      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:16:10      JC Penney,   PO Box 981131,
               El Paso, TX 79998-1131
13396650      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:16:10      JC Penney/GEMB,   PO Box 981131,
               El Paso, TX 79998-1131
13437954      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2017 01:18:08      Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13413545     +E-mail/Text: bncmail@w-legal.com Sep 28 2017 01:18:12
               KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13396651     +E-mail/Text: ebn@ltdfin.com Sep 28 2017 01:17:08      LTD Financial Services, LP,
               7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13396653     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:17:45      Midland Credit Management,
               PO Box 60578,    Los Angeles, CA 90060-0578
13400479     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:17:45      Midland Credit Management, Inc.,
               2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13537283      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2017 01:21:45      Midland Funding LLC,
               by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0315-2          User: jhel              Page 2 of 3            Date Rcvd: Sep 27, 2017
                              Form ID: 604            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13396654       +E-mail/Text: bankruptcydepartment@tsico.com Sep 28 2017 01:18:35      NCO Financial,
                 PO Box 15740,    Wilmington, DE 19850-5740
13466013        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:21:59
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13431631        E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2017 01:16:20       Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13402619        E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2017 01:15:18
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13396656        E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:16:10       Sam's Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
13396658       +E-mail/Text: notices@burt-law.com Sep 28 2017 01:18:43       Trenton A. Farmer, Esquire,
                 1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
13396659       +E-mail/Text: BankruptcyNotice@upmc.edu Sep 28 2017 01:18:32       UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2213
13396662        E-mail/Text: BKRMailOps@weltman.com Sep 28 2017 01:17:57       Weltman, Weinberg & Reis,
                 175 South 3rd St., Ste. 900,    Columbus, OH 43215-5166
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A. Successor by Merger to BAC H
cr              NATIONSTAR MORTGAGE LLC
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
                 Lewisville, TX  75067)
13396646*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Home Depot Credit Services,    Processing Center,
                 Des Moines, IA 50364-0500)
14081912*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    ATTN:Bankruptcy Department,
                 PO Box 619096,    Dallas, TX 75261-9741)
13615932*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13396643       ##+Equable Ascent Financial, LLC,    1120 W. Kake Cook Road, Ste. B,    Buffalo Grove, IL 60089-1970
                                                                                         TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Barbara Ann Pielin bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Edward A. Pielin bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Celine P. DerKrikorian    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com

```
District/off: 0315-2           User: jhel                  Page 3 of 3                   Date Rcvd: Sep 27, 2017
                               Form ID: 604                Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        Kevin T. McQuail    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a  Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com
        Marisa Myers Cohen    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a  Countrywide Home Loans Servicing, LP mcohen@mwc-law.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                         TOTAL: 10