Form 614

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward A. Pielin** | : | Case No. 12–22972–GLT |
| **Barbara Ann Pielin** | : | Chapter: 13 |
| **fka Barbara Ann Bluemling** | : | |
| *Debtor(s)* | : | |
| | : | Hearing Date: 12/20/17 at 11:00 AM |
| | : | Response Date: 11/13/17 |

## ORDER SETTING STATUS CONFERENCE

    **AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

☒ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

☒ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 9/27/17 [Doc. No. 162] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

    1. A status conference shall be held on **December 20, 2017 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 11/3/17.

    2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: September 27, 2017

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edward A. Pielin
Barbara Ann Pielin
    Debtors

Case No. 12-22972-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel       Page 1 of 1       Date Rcvd: Sep 27, 2017
                    Form ID: 614    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.
db/jdb          +Edward A. Pielin,   Barbara Ann Pielin,   123 Union Street,   Homestead, PA 15120-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:
        Brian C. Thompson    on behalf of Joint Debtor Barbara Ann Pielin bthompson@ThompsonAttorney.com,
     blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson    on behalf of Debtor Edward A. Pielin bthompson@ThompsonAttorney.com,
     blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Celine P. DerKrikorian    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com
        James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        Kevin T. McQuail    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a    Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com
        Marisa Myers Cohen    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a    Countrywide Home Loans Servicing, LP mcohen@mwc-law.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                           TOTAL: 10