IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Edward A. Pielin, | ) | Bankruptcy No. 12-22972-GLT |
| Barbara Ann Pielin | ) | |
| fka Barbara Ann Bluemling | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | |
| | ) | **Hearing Date and Time:** |
| vs. | ) | **December 20, 2017 at 11:00 a.m.** |
| | ) | |
| No Respondents. | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 17, 2017 at docket numbers 169 and 170 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

   Dated: October 17, 2017            s/ Edward A. Pielin
                                      Edward A. Pielin, Debtor
   Dated: October 17, 2017            s/ Barbara Ann Pielin fka Barbara Ann Bluemling
                                      Barbara Ann Pielin fka Barbara Ann Bluemling,
                                      Debtor

                                              Respectfully submitted,

Dated: October 17, 2017          <u>/s/Brian C. Thompson, Esquire</u>
                                        Brian C. Thompson
                                        PA ID: 91197
                                        Thompson Law Group, P.C.
                                        125 Warrendale-Bayne Road, Suite 200
                                        Warrendale, PA 15086
                                        (724) 799-8404 Telephone
                                        [bthompson@thompsonattorney.com](mailto:bthompson@thompsonattorney.com)