**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
EDWARD A. PIELIN
BARBARA ANN PIELIN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-22972

Chapter 13

Related to Dkt. No. 161

FILED
11/28/17 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __28th__ day of __November__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: __Ronda J. Winnecour, Esq.__

**DEFAULT ENTRY**

Dated: __November 28, 2017__

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 12-22972-GLT
Edward A. Pielin                                                                 Chapter 13
Barbara Ann Pielin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 3              Date Rcvd: Nov 28, 2017
                               Form ID: pdf900         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
```
db/jdb         +Edward A. Pielin,    Barbara Ann Pielin,    123 Union Street,    Homestead, PA 15120-3007
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,      P.O. Box 630267,    Irving, TX  75063)
13396631       +AES,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13421575       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13396633       +Asset Recovery Solutions, LLC,     2200 E. Devon Ave.,    Des Plaines, IL 60018-4501
13396635      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
13479577        Bank of America, N.A.,     P.O. Box 660933,    Dallas, Texas 75266-0933
13396636       +Barclays Bank of Delaware,    125 S. West St.,    Att. Credit Bureau,    Wilmington, DE 19801-5014
13396639      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards/Citbank,     PO Box 183051,    Columbus, OH 43218-3051)
13396638       +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
13396641        CitiFinancial,    PO Box 6931,    The Lakes, NV 88901-6931
13396640       +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13396642       +Citifinancial Retail Services,     2035 W. 4th St.,    Tempe, AZ 85281-7206
13408693       +Department Stores National Bank/Macy's,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13501751        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13396644       +GLELSI/Goal Financial,    PO Box 7860,    Madison, WI 53707-7860
13396647       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13396648        HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
13396652       +Macy's,    PO Box 8118,    Mason, OH 45040-8118
13400300       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13396655       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13396657        Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
13396660       +US Department of Education/Direct Loans,     PO Box 530260,    Atlanta, GA 30353-0260
13396661       +Verizon,    PO Box 660748,    Dallas, TX 75266-0748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2017 01:28:29
                 Midland Funding LLC by American InfoSource LP as a,      PO Box 4457,    Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2017 01:28:52
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13396632        E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
13415935       +E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01      Ally Financial,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13438277        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2017 01:28:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13472885       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 29 2017 01:26:29       Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13396634       +E-mail/Text: legal@arsnational.com Nov 29 2017 01:26:11      Associated Recovery Systems,
                 PO Box 469046,    Escondido, CA 92046-9046
13396637       +E-mail/Text: notices@burt-law.com Nov 29 2017 01:27:07      Burton Neil & Associates,
                 1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13446818       +E-mail/Text: kburkley@bernsteinlaw.com Nov 29 2017 01:27:01       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13396645       +E-mail/Text: ally@ebn.phinsolutions.com Nov 29 2017 01:26:01      GMAC,    PO Box 380901,
                 Minneapolis, MN 55438-0901
13396649       +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 01:28:38       JC Penney,    PO Box 981131,
                 El Paso, TX 79998-1131
13396650       +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 01:28:26       JC Penney/GEMB,    PO Box 981131,
                 El Paso, TX 79998-1131
13437954        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 29 2017 01:26:43       Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13413545       +E-mail/Text: bncmail@w-legal.com Nov 29 2017 01:26:45
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,     C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13396651       +E-mail/Text: ebn@ltdfin.com Nov 29 2017 01:26:11      LTD Financial Services, LP,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
13396653       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 29 2017 01:26:31      Midland Credit Management,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13400479       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 29 2017 01:26:31      Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13537283        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2017 01:28:54       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0315-2          User: dkam                  Page 2 of 3                   Date Rcvd: Nov 28, 2017
                              Form ID: pdf900             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13466013        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2017 01:48:39
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13431631        E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2017 01:28:40     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13402619        E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2017 01:28:40
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13396656        E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2017 01:28:50     Sam's Club,   PO Box 530942,
                 Atlanta, GA 30353-0942
13396658       +E-mail/Text: notices@burt-law.com Nov 29 2017 01:27:07      Trenton A. Farmer, Esquire,
                 1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
13396659       +E-mail/Text: BankruptcyNotice@upmc.edu Nov 29 2017 01:26:57      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor - Customer Service,     Pittsburgh, PA 15233-2213
13396662        E-mail/Text: BKRMailOps@weltman.com Nov 29 2017 01:26:38      Weltman, Weinberg & Reis,
                 175 South 3rd St., Ste. 900,    Columbus, OH 43215-5166
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A. Successor by Merger to BAC H
cr             NATIONSTAR MORTGAGE LLC
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN   55116-0408
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
                 Lewisville, TX  75067)
13396646*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Home Depot Credit Services,     Processing Center,
                 Des Moines, IA 50364-0500)
14081912*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,     ATTN:Bankruptcy Department,
                 PO Box 619096,   Dallas, TX 75261-9741)
13615932*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX  75067)
13396643      ##+Equable Ascent Financial, LLC,    1120 W. Kake Cook Road, Ste. B,    Buffalo Grove, IL 60089-1970
13396654      ##+NCO Financial,   PO Box 15740,    Wilmington, DE 19850-5740
                                                                                              TOTALS: 2, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Barbara Ann Pielin bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Edward A. Pielin bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Celine P. DerKrikorian    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor   Bank of America, N.A. Successor by Merger to BAC Home
               Loans Servicing, LP f/k/a  Countrywide Home Loans Servicing, LP ecfmail@mwc-law.com
```

```
District/off: 0315-2          User: dkam                 Page 3 of 3                  Date Rcvd: Nov 28, 2017
                              Form ID: pdf900            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Marisa Myers Cohen    on behalf of Creditor    Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP f/k/a  Countrywide Home Loans Servicing, LP mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Thomas I. Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

                                                                                                                                                                                           TOTAL: 11