**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EDWARD A. PIELIN
BARBARA ANN PIELIN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-22972 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/07/2012 and confirmed on 07/30/2012 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,914.14 |
| Less Refunds to Debtor | 2,580.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,333.75 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,404.31 | |
|   Trustee Fee | 2,803.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,207.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) <br>   Acct: 0610 | 18,676.27 | 18,676.27 | 0.00 | 18,676.27 |
| NATIONSTAR MORTGAGE LLC(*) <br>   Acct: 0610 | 0.00 | 38,045.49 | 0.00 | 38,045.49 |
| ALLY FINANCIAL(*) <br>   Acct: 5116 | 3,729.79 | 3,729.79 | 947.59 | 4,677.38 |
| NATIONSTAR MORTGAGE LLC(*) <br>   Acct: 0610 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) <br>   Acct: 0610 | 63.09 | 63.09 | 0.00 | 63.09 |
| | | | | 61,462.23 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EDWARD A. PIELIN <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EDWARD A. PIELIN <br>   Acct: | 519.23 | 519.23 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| EDWARD A. PIELIN | 893.15 | 893.15 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD A. PIELIN | 1,168.01 | 1,168.01 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,382.00 | 2,382.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,007.00 | 2,007.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-14 | | | | |
| THOMPSON LAW GROUP PC | 2,015.31 | 2,015.31 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-17 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 3,390.72 | 0.00 | 3,390.72 |
| Acct: XXXXXXXXX1198 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 275.00 | 275.00 | 0.00 | 275.00 |
| Acct: 0610 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0610 | | | | |
| | | | | 3,665.72 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 259.42 | 7.09 | 0.00 | 7.09 |
| Acct: 9002 | | | | |
| MIDLAND FUNDING LLC | 220.63 | 6.03 | 0.00 | 6.03 |
| Acct: 4005 | | | | |
| ASSET ACCEPTANCE LLC - ASSIGNEE | 11,062.96 | 302.27 | 0.00 | 302.27 |
| Acct: 5810 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,419.65 | 66.11 | 0.00 | 66.11 |
| Acct: 5326 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 3,999.52 | 109.28 | 0.00 | 109.28 |
| Acct: 2589 | | | | |
| MIDLAND FUNDING LLC | 2,125.53 | 58.08 | 0.00 | 58.08 |
| Acct: 6585 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 8,388.73 | 229.20 | 0.00 | 229.20 |
| Acct: 4968 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3612 | | | | |
| GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9589 | | | | |
| GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1229 | | | | |
| THE HOME DEPOT CREDIT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7203 | | | | |
| THE HOME DEPOT CREDIT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3065 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 962.39 | 26.30 | 0.00 | 26.30 |
| Acct: 0787 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 1,744.88 | 47.67 | 0.00 | 47.67 |
| Acct: 0301 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7052 | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 276.05 | 7.54 | 0.00 | 7.54 |
| Acct: 9181 | | | | |
| MIDLAND FUNDING LLC | 2,223.54 | 60.75 | 0.00 | 60.75 |
| Acct: 5339 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7409 | | | | |

| 12-22972 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PNC BANK NA | 4,561.03 | 124.62 | 0.00 | 124.62 |
| Acct: 9040 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 790.24 | 21.59 | 0.00 | 21.59 |
| Acct: 4203 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7595 | | | | |
| ECMC(*) | 28,674.26 | 783.44 | 0.00 | 783.44 |
| Acct: 1095 | | | | |
| MIDLAND FUNDING LLC | 118.74 | 3.24 | 0.00 | 3.24 |
| Acct: 0123 | | | | |
| MIDLAND FUNDING LLC | 371.31 | 10.14 | 0.00 | 10.14 |
| Acct: 8382 | | | | |
| MIDLAND FUNDING LLC | 1,141.68 | 31.19 | 0.00 | 31.19 |
| Acct: 5401 | | | | |
| KEYSTONE RECOVERY PARTNERS LLC - S | 2,887.19 | 78.88 | 0.00 | 78.88 |
| Acct: 2386 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MIDL | 900.92 | 24.62 | 0.00 | 24.62 |
| Acct: 2148 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,998.04 |

| TOTAL PAID TO CREDITORS | | | | 67,125.99 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY           275.00
SECURED         22,469.15
UNSECURED      73,128.67

Date: 12/14/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com